# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **ANGELA BARTEL** | § | |
| **Plaintiff,** | § | |
| , | § | |
| vs. | § | Civil Action No. 4:15-cv-00626 |
| **UNITED HOME LIFE INSURANCE COMPANY** | § | |
| **Defendant.** | § | |

## ORDER

Came on for consideration the motion of the parties to dismiss this suit with prejudice and for entry of an order of dismissal with prejudice. The Court finds that the motion should be granted.

The Court hereby ORDERS that the parties' motion to dismiss is hereby granted. Accordingly, all claims in this suit are dismissed with prejudice, and each party shall bear their own costs and expenses, including attorneys' fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 6th day of April, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE